**Dismissed and Opinion Filed February 14, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00154-CV

### IN RE LIBERTY BROWN, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16449**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

Before the Court is relator's February 13, 2017 petition for writ of mandamus in which relator complains of a ruling purportedly issued by the University Interscholastic League District 12-5A Executive Committee ("DEC") on January 18, 2017 that declared relator ineligible for varsity basketball competition at Dallas' Bryan Adams High School. Relator asks the Court to direct the DEC to "void" the ruling and "issue a ruling declaring" relator "immediately eligible" to participate in varsity basketball competition at Bryan Adams High School. The Court lacks jurisdiction to provide the relief requested.

The Court's power to issue extraordinary writs is limited. TEX. GOV'T CODE § 22.221(a)-(b) (West 2004). The Court may issue writs of mandamus against a judge of a district or county court in our district or a district court judge acting as a magistrate at a court of inquiry in our district under Chapter 52 of the Code of Criminal Procedure. TEX. GOV'T CODE § 22.221(b) (West 2004). We may issue writs of mandamus against an entity other than a judge described in

section 22.221(b) only if the writ is necessary to enforce the Court's jurisdiction. TEX. GOV'T CODE § 22.221(a) (West 2004). No appeal is pending here, and our jurisdiction is not in jeopardy. Accordingly, we dismiss the petition for want of jurisdiction.

/Bill Whitehill/

BILL WHITEHILL
JUSTICE

140154F.P05